IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JODY MYATT                                                                      PLAINTIFFS

v.                                                      CIVIL ACTION NO. 3:25-CV-65-SA-JMV

REAVES LAW FIRM, PLLC,
And HENRY E. REAVES, III                                                        DEFENDANTS

ORDER

On June 6, 2025, this Court entered a Case Management Order [18] setting the final pretrial conference for June 15, 2026. The Order [18] provided that "[t]he deadline for motions *in limine* is twenty-one (21) day prior to the pretrial conference; the deadline for responses is fourteen (14) calendar days before the pretrial conference." [18] at p. 5. Consistent with the Order [18], the deadline to file motions *in limine* was May 25, 2026.

On June 5, 2026, the Defendants filed six separate Motions in Limine [55, 56, 57, 58, 59, 60]. On that same day, Plaintiff filed a Motion to Strike [61] each of Defendants' Motions [55, 56, 57, 58, 59, 60] as untimely.

Under Uniform Local Civil Rule 7(b)(11), "[a]ny non-dispositive motion served beyond the deadline in the case management order may be denied *solely* because the motion is not timely served." L.U. CIV. R. 7(b)(11) (emphasis added). The Defendants concede that their filings are untimely but ask the Court, in its discretion, to consider the Motions [55, 56, 57, 58, 59, 60] anyway.

In support of its request, the Defendants recycle their arguments from their Motion to Continue [48]. The Court did not find those arguments persuasive at that stage, nor does it find them persuasive now. *See* [54]. The Defendants have provided no reason why the Court should allow its imposed deadlines to continue to be ignored.

The Plaintiff's Motion to Strike [61] is GRANTED. The Defendants' Motions [55, 56, 57, 58, 59, 60] are DENIED.

SO ORDERED, this the 18th day of June, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE